**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 25, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-20520
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS ANDRES GUZMAN-SUAREZ, also known as Roberto Benarrivo
Mendoza, also known as Nelson Fonseca, also known as Carlos
Guzman, also known as Carlos Andreas Guzman,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CR-73-2
--------------------

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Larry Chris Iles, the attorney appointed to represent Carlos Andres Guzman-Suarez (Guzman), has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Guzman has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.